UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Case No. 26-mj-30531 Amended

v.

D-1 Andrei Zaretski a/k/a Andy Zaret
D-2 Oleskiy Holikov
D-3 Nikolay Saukov,

Defendant.
_________________________________/

**MOTION TO SEAL**
**COMPLAINT AND ARREST WARRANT**

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant, and all attendant papers for the reason that the Defendant may flee prior to appearance on the complaint. This sealing order is entered with the express exception that upon the Defendant's arrest, the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court: the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal Community Defender's Officer, and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Ryan A. Particka*
Ryan A. Particka
Assistant United States Attorney
211 W. Fort St Suite 2001
Detroit, MI 48226
313-226-9100

Dated: August 31, 2026