UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Criminal No. 26-mj-30531

v.

D-1 Andrei Zaretski a/k/a Andy Zaret
D-2 Oleskiy Holikov
D-3 Nikolay Saukov,
Defendants.
_________________________________/

**MOTION TO UNSEAL THE COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.
2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Ryan A. Particka*
Ryan A. Particka P86521
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
ryan.particka@usdoj.gov
(313) 226-9635

Dated: September 3, 2026